# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   CALIFORNIA

**FILED**
MAR 23 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

MARCUS DALE SIMPSON and
CHARLES DAVID HARMON

## CRIMINAL COMPLAINT

CASE NUMBER:
2 09 - MJ - 0 0 9 4 EFB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

- **COUNT 1: On or about March 20, 2009, in Sacramento County, in the Eastern District of California, defendants MARCUS DALE SIMPSON and CHARLES DAVID HARMON did conspire to possess 50 grams or more of cocaine base in violation of Title 21, United States Code, Section(s) 841(a)(1), 846;**

- **COUNT 2: On or about March 20, 2009, in Sacramento County, in the Eastern District of California, defendant MARCUS DALE SIMPSON did knowingly possess a firearm in furtherance of a drug trafficking crime, to wit: one Bersa Arms (Argentina), Mini-40-Firestorm, .40 caliber semi-automatic pistol, in violation of Title 18, United States Code, Section(s) 924(c)(1).**

I further state that I am a(n) Special Agent with the Bureau of Alcohol, Tobacco and Firearms and that this complaint is based on the following facts:

- **See Attachment**

__X__ Continued on the attached sheet and made a part hereof.

Signature of Complainant BRIAN NEHRING
Special Agent, DEA

Sworn to before me, and subscribed in my presence

March 20, 2009                                   at   Sacramento, California

Date                                                                City and State

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer