Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 09-154 GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING ON VIOLATION |
| vs. | Court: Hon. Garland E. Burrell<br>Time: 9:00 a.m.<br>Date: March 25, 2016 |
| Marcus Simpson, | |
| Defendant | |

Defendant MARCUS SIMPSON, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Michael Beckwith, hereby agree and stipulate that the sentencing hearing previously scheduled for March 4, 2016 be continued until March 25, 2016 and that date is available with the Court. Counsel has had discussions with the government and probation about resolving this matter and the parties require additional time to reach a proposed resolution for the Court.

Therefore it is the parties joint request that this matter be calendared for sentencing on March 25, 2016.

Dated: March 1, 2016        Respectfully submitted,

-1-

```
                    /s/ Shari Rusk
                Shari Rusk
                Attorney for Defendant
                Marcus Simpson


                    /s/ Mike Beckwith
                Mike Beckwith
                Assistant United States Attorney
```

## ORDER

IT IS SO ORDERED.
Dated: March 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge