

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:09-cr-00154-GEB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS DALE SIMPSON, | |
| Defendant. | |

Since Defendant Marcus Dale Simpson was sentenced today to time served, Mr. Simpson shall be released from custody in this case.

Dated: March 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

file copy-
2 copies given to USM in Court

1